IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| H.O., | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:26-CV-491 (CDL) |
| WARDEN, STEWART DETENTION CENTER, | * | |
| | * | |
| Respondent. | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 25, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's and Respondent's objections to the Report and Recommendation and finds that they lack merit. For the reasons explained in the Report and Recommendation, the Court also denies Petitioner's new motion for release as moot (ECF No. 32).

IT IS SO ORDERED, this 18th day of November, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA